The next matter on our calendar is Sylvia Black v. Peace Officer Vitello, counsel. Are you there Ms. Black, pro se, applicant? Yes, I am. Ms. Black, you know you didn't serve your opponents. Excuse me? You know you didn't serve process on the people that you're suing. Did you know that? That's why this case was dismissed. No, I didn't know that I was supposed to serve them. Well, that's how our system works. You have to let them know that... I didn't even know that I had an argument case. I didn't even know that until I got a letter stating that the argument was going to be held on the 18th. The court sent me a letter saying that. Right, but we're dealing with a dismissal below. The court below threw out your lawsuit because you didn't serve the people you wanted to sue. What do you mean serve them for this particular hearing here? Serve them with your complaint so they know why you're suing. I did serve them with the complaint initially. I didn't serve them with papers saying to come here on the 18th. No, because they claim not to be served. Yeah, I served them with papers all through the court proceeding. They got papers on everything. Okay, well the district court thought that they didn't, that they weren't served. And therefore, they're not here today. Well, they were served and I can prove that they were because the paperwork was sent to the court. And I have documentation that it was received by return receipt requests. Did you file an affidavit to that effect? That the parties were served? I filed all the papers that were served. They returned return receipt requests and certified mail that they received it with their signature. Did you do that within 90 days of when you started the lawsuit? Yes, I did. I did everything within the reason, within the law. I did everything according to the law. Well, we have to check that out. The district court believed that you did not serve the defendants. So you have to somehow... Why are you saying I didn't deserve them? Because they said I didn't deserve them? I served them. There's paperwork to prove that I served them. Well, you didn't put that paperwork before the judge. All the paperwork was submitted in a timely manner to the judge, to the court. It was submitted properly. Everything was submitted properly. My argument and everything. Well, I don't know where we go from here. I don't either. I don't know either. I served everything properly. Everything was served correctly according to the law. I served everything the way it was supposed to be served. And I have documents to prove that. Somebody's word does not justify that they were not served. Well, if they swear to it, it does justify. It's because they said they weren't served. It doesn't mean they weren't served. I said I served them. They said they didn't get served. Paperwork proved that they were served. Did you file an affidavit explaining that you served them? I filed everything I was supposed to file. I'm not a lawyer, so I can't say off the top of my head. I'm going to have to look up my documents and then I can tell you what I filed. I filed everything according to the way the court asked me to file it. Everything a court gets is recorded on a sheet. So what are you saying? What are you saying? You're going to believe what they say? You're going to believe that? I wouldn't believe the other side. So why do you keep on badgering me about the fact that I didn't serve it properly? I told you I did. So now what's the next step? You're supposed to provide a copy of the summons and complaints. And all that was provided. So why do you keep on telling me that I didn't do it and I said I did? You served them by mail, which is not permitted. Did you hand deliver these papers to them? I don't remember offhand. Anything I say could probably incriminate me right now. All right. Well, I told you I served the paperwork properly. If you want me to document that or provide proof, I can do that. But I'm not going to say anything else that's going to incriminate me here. Okay. You hired a process server. Is that it? I'm not going to answer that because you're trying to crucify me here. I told you I served the paperwork properly. That's what the argument is about. I said I served it. If you want proof, I can provide proof. Now you're going to use what I say against me. I'm not saying nothing. I'm not going to use anything for you or against you. That's the way it seems. You keep asking me and badgering me and I told you I did it properly. You keep asking me, did I do this? Did I do that? And I already said I did it properly. Because the record does not show that. I can prove it. Well, you can have an opportunity to do that. To go back to the district court and prove that you made adequate service on all the defendants. And then, should you not win below, you can come back and visit us at the second circuit. And then what? Well, first you're going to go back to the district court. And you can try and prove to the district court that you completed adequate service on all the defendants. You're telling me that you haven't reviewed the documents on file? And you haven't seen the paperwork that has been served or that has been submitted to the court? You haven't seen any of that at all? You haven't went through any paperwork at all? You're telling me that you're going to go by what they said in terms of that I did not serve it. And now you're going to make me prove that I did. So that means that you didn't do your job. That the paperwork was actually there. They said, if you don't mind me speaking in all due respect. So you're telling me that you're going by what they say. And you didn't do anything to verify that. You didn't do anything to look up the paperwork to see if it was done. You're telling me that, you know, it just doesn't seem right. It just doesn't seem right. You're going to try to incriminate me and crucify me because of what somebody else said. Instead of doing your job, you ended up filing the paperwork for yourself. Now I got to go and do something else. Which I had already filed the paperwork according to the way the court said it was supposed to be filed. Your time has expired. I'll ask the clerk to adjourn court. Since adjourned.